No. 692. CLUB RAMON, INC., v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Frederick Bernays Wiener* and *LeRoy Katz* for petitioner. *Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for the United States.

No. 693. FRANK v. LEVY ET AL. C. A. 7th Cir. Certiorari denied. *Maurice J. Walsh* for petitioner.

No. 695. WHITEFOOT v. UNITED STATES. Court of Claims. Certiorari denied. *L. Frederick Paul, Raymond C. Cushwa, Albert A. Grorud, William L. Paul, Sr., John Spiller* and *James Craig Peacock* for petitioner. *Solicitor General Cox* and *Roger P. Marquis* for the United States.

No. 696. ROSENZWEIG v. BOUTIN, GENERAL SERVICES ADMINISTRATOR. United States Emergency Court of Appeals. Certiorari denied. *Joseph Henry Wolf* and *Paul Wyler* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for respondent.

No. 697. UNITED FRUIT Co. v. UNITED STATES. Court of Claims. Certiorari denied. *William I. Denning* and *Alan F. Wohlstetter* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for the United States.

No. 699. ATLAS LIFE INSURANCE Co. v. NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied. *Harry D. Moreland* and *Harold C. Stuart* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.